**Cetric D. FLETCHER, Sr., Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2009–3089.

United States Court of Appeals, Federal Circuit.

Feb. 6, 2009.

Cetric D. Fletcher Sr., Compton, CA, pro se.

Before GAJARSA, LINN, and PROST, Circuit Judges.

ON MOTION

PER CURIAM.

*ORDER*

Cetric D. Fletcher, Sr. moves for leave to proceed in forma pauperis and for reconsideration of the court's previous rejection of his petition for review.

The Merit Systems Protection Board issued its final order on September 24, 2008. Fletcher received a copy of the Board's order the next day. Fletcher's petition was received by this court on December 9, 2008, 76 days after Fletcher received the Board's final order.

Our review of a Board decision or order is governed by 5 U.S.C. § 7703(b)(1), which provides that "[n]otwithstanding any other provision of law, any petition for review must be filed within 60 days after the date the petitioner received notice of the final order or decision of the board."

This filing period is "statutory, mandatory, [and] jurisdictional." *Monzo v. Dep't of Transportation,* 735 F.2d 1335, 1336 (Fed. Cir.1984); *see also Bowles v. Russell,* 551 U.S. 205, 127 S.Ct. 2360, 168 L.Ed.2d 96 (2007) (the timely filing of a notice of appeal in a civil case is a jurisdictional requirement that cannot be waived).

Because Fletcher's petition was not received within 60 days of the date he received the Board's decision, we must dismiss his petition as untimely.

Accordingly,

IT IS ORDERED THAT:

(1) Fletcher's petition is dismissed.

(2) Fletcher's motion for leave to proceed in forma pauperis is granted.

(3) All sides shall bear their own costs.